FILED

SEP - 8 2008

Clerk, U.S. District and
Bankruptcy Courts

BEFORE THE UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

| | |
|---|---|
| Farm-to-Consumer<br>Legal Defense Fund, et al.<br><br>**Plaintiffs**<br><br>v.<br><br>U.S. Department of Agriculture<br>Ed Schafer, Secretary, et al.<br><br>**Defendants** | Case: 1:08-cv-01546<br>Assigned To : Collyer, Rosemary M.<br>Assign. Date : 9/8/2008<br>Description: Admn. Agency Review |

**Certificate required by LCvR 7.1 of the Local Rules of the United States District Court for the District of Columbia**

I, the undersigned, counsel of record for the Farm-to-Consumer Legal Defense Fund ("the Fund"), a non-profit organization incorporated in the State of Ohio, hereby certify that to the best of my knowledge and belief there are no parent companies, subsidiaries or affiliates of the Fund which have any outstanding securities in the hands of the public. These representations are made in order that judges of this court may determine the need for recusal.

Respectfully submitted,

LANE, ALTON & HORST LLC

_____
David G. Cox (D.C. Bar No. DH0020) ✓
Two Miranova Place
Suite 500
Columbus, OH 43215-7052
dcox@lanealton.com
Phone: 614-228-6885

2