# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| FARM-TO-CONSUMER DEFENSE FUND et al., | ) ) ) ) |
| Plaintiffs, | ) ) |
| v. | ) No. 08-CV-1546-RMC ) ) |
| UNITED STATES DEPARTMENT OF AGRICULTURE and MICHIGAN DEPARTMENT OF AGRICULTURE, Defendants. | ) ) ) ) ) |

## NOTICE OF APPEARANCE

PLEASE TAKE NOTICE that Peter T. Wechsler, United States Department of Justice, hereby enters his appearance as counsel of record for defendant the United States Department of Agriculture (USDA). The clerk and all parties are requested to make service of all papers on Mr. Wechsler on behalf of the USDA addressed as follows:

For regular mailing:

Peter T. Wechsler
United States Department of Justice
Civil Division, Federal Programs Branch
P.O. Box 883, Benjamin Franklin Station
Washington, DC 20044

For hand delivery:

Peter T. Wechsler
United States Department of Justice
Civil Division, Federal Programs Branch
20 Massachusetts Ave. NW, Room 7216
Washington, DC 20530
Telephone: (202) 514-2705
Facsimile: (202) 616-8470
Email: Peter.Wechsler@usdoj.gov.

Dated: September 12, 2008

Respectfully Submitted:

GREGORY G. KATSAS
Assistant Attorney General

JEFFREY A. TAYLOR
United States Attorney

JAMES J. GILLIGAN
Assistant Branch Director

*/s/ Peter T. Wechsler*
PETER T. WECHSLER (MA 550339)
Trial Attorney
United States Department of Justice
Civil Division
Federal Programs Branch
20 Massachusetts Avenue, N.W.
Washington, D.C. 20530
Tel.: (202) 514-2705
Fax: (202) 616-8470
Email: peter.wechsler@usdoj.gov
 *Attorneys for the USDA*