# UNITED STATES DISTRICT COURT
## District of Columbia

Farm-to-Consumer Legal Defense Fund, Inc., et al,

**SUMMONS IN A CIVIL CASE**

V.

United States Department of Agriculture, et al,

CA'

Case: 1:08-cv-01546
Assigned To : Collyer, Rosemary M.
Assign. Date : 9/8/2008
Description: Admn. Agency Review

TO: (Name and address of Defendant)

United States Department of Agriculture
Serve Ed Schafer, Secretary
1400 Independence Ave. S.W.,
Washington, D.C. 20250

YOU ARE HEREBY SUMMONED and required to serve on PLAINTIFF'S ATTORNEY (name and address)

David G. Cox
Lane, Alton & Horst, LLC
Two Miranova Place, Suite 500
Columbus, Ohio, 43215-7052

an answer to the complaint which is served on you with this summons, within ____60____ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

**NANCY M. MAYER-WHITTINGTON**

SEP - 8 2008

CLERK

DATE

(By) DEPUTY CLERK

AO 440 (Rev. 8/01) Summons in a Civil Action

## RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and complaint was made by me[1] | 9/18/08 |

| NAME OF SERVER (PRINT) | TITLE |
|---|---|
| David G. Cox | Attorney |

*Check one box below to indicate appropriate method of service*

☒ Served personally upon the defendant. Place where served: United States Dept. of Agriculture 1440 Independence Ave., SW, Washington, DC 20250

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left:

☐ Returned unexecuted:

☐ Other (specify):

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL $0.00 |
|---|---|---|

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on 9/22/08
Date

*Signature of Server*

Lane, Alton & Horst LLC
Two Miranova Place, Suite 500
Columbus, OH 43215
*Address of Server*

---

**SENDER: COMPLETE THIS SECTION**
- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

   Ed Schafer, Secretary
   United States Department of Agriculture
   1440 Independence Ave., SW
   Washington, DC 20250

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X _____ ☐ Agent ☐ Addressee

B. Received by (Printed Name): M. Young
C. Date of Delivery: 9-18-08

D. Is delivery address different from item 1? ☐ Yes
   If YES, enter delivery address below: ☐ No

3. Service Type
   ☒ Certified Mail    ☐ Express Mail
   ☐ Registered        ☐ Return Receipt for Merchandise
   ☐ Insured Mail      ☐ C.O.D.

4. Restricted Delivery? (Extra Fee) ☐ Yes

(1) As t_____

2. Article Number
   (Transfer from service label)    7006 0810 0004 4790 4802

PS Form 3811, February 2004    Domestic Return Receipt    102595-02-M-1540