AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## District of Columbia

Farm-to-Consumer Legal Defense Fund, Inc., et al,

**SUMMONS IN A CIVIL CASE**

V.

United States Department of Agriculture, et al,

CASE NUMBER:

Case: 1:08-cv-01546
Assigned To : Collyer, Rosemary M.
Assign. Date : 9/8/2008
Description: Admn. Agency Review

TO: (Name and address of Defendant)

U.S. ATTORNEY GENERAL
D.O.J.
950 PENNSYLVANIA AVE. NW
WASHINGTON, D.C. 20530

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

David G. Cox
Lane, Alton & Horst, LLC
Two Miranova Place, Suite 500
Columbus, Ohio, 43215-7052

an answer to the complaint which is served on you with this summons, within ___60___ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

NANCY M. MAYER-WHITTINGTON        SEP - 8 2008

CLERK                              DATE

(By) DEPUTY CLERK

%AO 440 (Rev. 8/01) Summons in a Civil Action

## RETURN OF SERVICE

| Service of the Summons and complaint was made by me[1] | DATE 9/17/2008 |
|---|---|
| NAME OF SERVER (PRINT) David G. Cox | TITLE Attorney |

*Check one box below to indicate appropriate method of service*

☒ Served personally upon the defendant. Place where served:
   Department of Justice, 950 Pennsylvania Ave., NW
   Washington, DC  20530

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

   Name of person with whom the summons and complaint were left:

☐ Returned unexecuted:

☐ Other (specify):

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL $0.00 |
|---|---|---|

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  9/23/2008
             Date              *Signature of Server*

Two Miranova Pl., Ste. 500, Columbus, OH 43215
*Address of Server*

---

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

   U.S. Attorney General
   Department of Justice
   950 Pennsylvania Ave., NW
   Washington, DC  20530

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
   X _____ ☐ Agent ☐ Addressee

B. Received by (Printed Name)  SEP 17 2008   C. Date of Delivery

D. Is delivery address different from item 1? ☐ Yes
   If YES, enter delivery address below: ☐ No

3. Service Type
   ☒ Certified Mail   ☐ Express Mail
   ☐ Registered      ☐ Return Receipt for Merchandise
   ☐ Insured Mail    ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)  ☐ Yes

2. Article Number (Transfer from service label)
   7006 0810 0004 4790 4826

PS Form 3811, February 2004     Domestic Return Receipt     102595-02-M-1540