# United States District Court
# For the District of Columbia

FARM-TO-CONSUMER DEFENSE )
FUND, et al., )
        Plaintiff(s) )    **APPEARANCE**
         )
         )
        vs. )    CASE NUMBER   1:08-cv-1546-RMC
U.S. DEPT OF AGRICULTURE and )
MICHIGAN DEPT OF AGRICULTURE, )
        Defendant(s) )

To the Clerk of this court and all parties of record:

Please enter the appearance of  James E. Riley  as counsel in this
                                    (Attorney's Name)

case for:  Michigan Department of Agriculture and Donald Kovisto, Director
                          (Name of party or parties)

September 26, 2008                                      */s/ James E. Riley*
Date                                                       Signature

FARM-TO-CONSUMER LEGAL DEFENSE FUND et al v. SCHAFER et al          Doc. 8

                                                                         James E. Riley
P 23992                                                            Print Name
BAR IDENTIFICATION
                                                             525 W. Ottawa Street
                                                             Address

                                                            Lansing       MI       48933
                                                            City          State       Zip Code

                                                            (517) 373-7540
                                                           Phone Number