# United States District Court
# For the District of Columbia

FARM-TO-CONSUMER DEFENSE  
FUND, et al.,  )
       Plaintiff(s)  )  **APPEARANCE**
)
)
       vs.  ) CASE NUMBER 1:08-cv-1546-RMC
U.S. DEPT OF AGRICULTURE and  )
MICHIGAN DEPT OF AGRICULTURE,  )
       Defendant(s)  )

To the Clerk of this court and all parties of record:

Please enter the appearance of  Danielle Allison-Yokom  as counsel in this
                (Attorney's Name)

case for: Michigan Department of Agriculture and Donald Kovisto, Director
               (Name of party or parties)

September 26, 2008  
Date                                        *(signature)*  
                                            Signature

Danielle Allison-Yokom  
Print Name

P 70950  
BAR IDENTIFICATION

525 W. Ottawa Street  
Address

Lansing     MI     48933  
City     State     Zip Code

(517) 373-7540  
Phone Number

FARM-TO-CONSUMER LEGAL DEFENSE FUND v. SCHAFER et al     Doc. 9

Dockets.Justia.com