## BEFORE THE UNITED STATES DISTRICT COURT
## DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| Farm-to-Consumer | : | |
| Legal Defense Fund, et al. | : | **Case No. 1:08-cv-01546** |
| | : | |
| Plaintiffs | : | **Judge Rosemary M. Collyer** |
| | : | |
| **v.** | : | |
| | : | |
| U.S. Department of Agriculture | : | |
| Ed Schafer, Secretary, et al. | : | |
| | : | |
| Defendants | : | |

## NOTICE OF CHANGE OF ADDRESS

**TO THE PARTIES:**

Please take notice that counsel for Plaintiffs, David G. Cox, has a new

address and other contact information.  Please forward all pleadings and papers

filed in this matter to the following:

David G. Cox
4240 Kendale Road
Columbus, Ohio 43220
Telephone:   (614) 457-5167
Cell phone:   (614) 499-5358
Email:       dcoxlaw@columbus.rr.com

                         Respectfully submitted,


                         /s/ David G. Cox
                         David G. Cox
                         4240 Kendale Road
                         Columbus, Ohio 43220
                         Telephone:   (614) 457-5167
                         Cell phone:   (614) 499-5358
                         Email:       dcoxlaw@columbus.rr.com
                         Counsel for Plaintiffs

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing was served by regular U.S. mail on this 4th day of November, 2008 to the following:

U.S. Attorney General
Department of Justice
950 Pennsylvania Ave., N.W.
Washington, D.C. 20530
Counsel for the Department of Agriculture

U.S. Attorney's Office
501 3rd Street, N.W.
Washington, D.C. 20001
Counsel for the Department of Agriculture

U.S. Department of Agriculture
c/o Ed Schafer, Secretary
1440 Independence Ave., S.W.
Washington, D.C. 20250
Defendant

James E. Riley
Danielle Allison-Yokom
Michigan Department of Agriculture
Donald Koivisto, Director
525 W. Ottawa Street
Lansing, MI 48933

/s/ David G. Cox