# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| FARM-TO-CONSUMER DEFENSE FUND et al., | ) ) ) ) ) |
| Plaintiffs, | ) ) |
| v. | ) ) ) |
| UNITED STATES DEPARTMENT OF AGRICULTURE and MICHIGAN DEPARTMENT OF AGRICULTURE, Defendants. | ) ) ) ) ) |

No. 08-CV-1546-RMC

## USDA'S MOTION TO DISMISS THE COMPLAINT

Defendant the United States Department of Agriculture (USDA) requests that the Court dismiss the Complaint, in its entirety.

Dated: November 12, 2008

Respectfully Submitted:

GREGORY G. KATSAS
Assistant Attorney General

JEFFREY A. TAYLOR
United States Attorney

JOHN R. GRIFFITHS
Assistant Branch Director

 */s/ Peter T. Wechsler*
PETER T. WECHSLER (MA 550339)
Trial Attorney
United States Department of Justice
Civil Division
Federal Programs Branch
20 Massachusetts Avenue, N.W.
Washington, D.C. 20530
Tel.: (202) 514-2705
Fax: (202) 616-8470
Email: peter.wechsler@usdoj.gov