BEFORE THE UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

| | |
|---|---|
| Farm to Consumer Legal Defense Fund, et al.<br><br>Plaintiffs,<br><br>v<br><br>U.S. Department of Agriculture<br><br>and<br><br>Michigan Department of Agriculture Director Don Koivisto<br><br>Defendants. | Case No. 1:08-cv-01546-RMC<br>Honorable Rosemary M. Collyer |

## **MOTION TO DISMISS AND MOTION FOR SUMMARY JUDGMENT**

Defendant Michigan Department of Agriculture Director Don Koivisto requests that the Court dismiss the Complaint, in its entirety. Concurrence of counsel for Plaintiffs in this Motion was sought but denied.

Respectfully submitted,

Michael A. Cox
Attorney General

*/s/ James E. Riley*
James E. Riley (P23992)
First Assistant
rileyje@michigan.gov
.
*/s/ Danielle Allison-Yokom*
Danielle Allison-Yokom (P70950)
Assistant Attorney General
allisonyokomd@michigan.gov

Attorneys for Defendant Don Koivisto,
Michigan Department of Agriculture

Environment, Natural Resources,
and Agriculture Division
525 West Ottawa Street
6th Floor Williams Building
Lansing, MI 48913
Dated: November 17, 2008                                    (517) 373-7540