BEFORE THE UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

| | |
|---|---|
| Farm-to-Consumer Legal Defense Fund, et al. | Case No. 1:08-cv-01546-RMC |
| Plaintiffs | Judge Rosemary M. Collyer |
| v. | |
| U.S. Department of Agriculture Ed Schafer, Secretary, et al. | |
| Defendants | |

## PLAINTIFFS' UNOPPOSED MOTION FOR EXTENSION OF TIME

Plaintiffs in this matter move the Court for an extension until January 2, 2009 to file their Opposition to Defendant United States Department of Agriculture's ("USDA") motion to dismiss and to file their Opposition to Defendant Michigan Department of Agriculture's ("MDA") combined motion to dismiss/motion for summary judgment. Defendants have been consulted on this matter and they do not have any objection to this extension.

Respectfully submitted,

Dated: November 19, 2008

/s/ David G. Cox
David G. Cox (D.C. Bar No. OH 0020)
4240 Kendale Road
Columbus, OH 43220
dcoxlaw@columbus.rr.com
Phone: 614-457-5167
Counsel for Plaintiffs

# **CERTIFICATE OF SERVICE**

I hereby certify that on November 19, 2008, I electronically filed the PLAINTIFFS' UNOPPOSED MOTION FOR EXTENSION OF TIME with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the following:

Peter T. Wechsler
peter.wechsler@usdoj.gov
Trial Attorney
United States Department of Justice
Civil Division
Federal Programs Branch
20 Massachusetts Avenue, N.W.
Washington, D.C. 20530
Counsel for USDA

and

James E. Riley
rileyje@michigan.gov
First Assistant
Danielle Allison-Yokom
allisonyokomd@michigan.gov
Assistant Attorney General
Michigan Department of Agriculture
Environment, Natural Resources
and Agriculture Division
525 West Ottawa Street
6th Floor Williams Building
Lansing, MI 48913
Counsel for MDA

                                            /s/ David G. Cox
                                            David G. Cox

**BEFORE THE UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| **Farm-to-Consumer** | : | |
| **Legal Defense Fund, et al.** | : | Case No. 1:08-cv-01546-RMC |
| | : | |
| **Plaintiffs** | : | Judge Rosemary M. Collyer |
| | : | |
| **v.** | : | |
| | : | |
| **U.S. Department of Agriculture** | : | (PROPOSED) ENTRY |
| **Ed Schafer, Secretary, et al.** | : | AND ORDER |
| | : | |
| **Defendants** | : | |

This matter is before the Court on Plaintiffs' motion for extension of time to file their oppositions to Defendants' respective motions to dismiss and for summary judgment. Finding the motion for extension is not opposed or objected to, it is hereby **GRANTED**. Plaintiffs shall have until January 2, 2009 to file their oppositions.

**SO ORDERED**

---------------------          ---------------------------------
**DATE**                         **JUDGE**