# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| FARM-TO-CONSUMER DEFENSE FUND et al., <br><br> Plaintiffs, <br><br> v. <br><br> UNITED STATES DEPARTMENT OF AGRICULTURE and MICHIGAN DEPARTMENT OF AGRICULTURE, <br> Defendants. | ) ) ) ) ) ) ) ) ) ) ) ) ) ) No. 08-CV-1546-RMC |

## NOTICE OF FILING OF ADMINISTRATIVE RECORD

Defendant the United States Department of Agriculture is manually filing the four-volume Administrative Record, along with a CD version.

Dated: December 12, 2008

Respectfully Submitted:

GREGORY G. KATSAS
Assistant Attorney General

JEFFREY A. TAYLOR
United States Attorney

JOHN R. GRIFFITHS
Assistant Branch Director

 */s/ Peter T. Wechsler*
PETER T. WECHSLER (MA 550339)
Trial Attorney
United States Department of Justice
Civil Division
Federal Programs Branch
20 Massachusetts Avenue, N.W.
Washington, D.C. 20530
Tel.: (202) 514-2705
Fax: (202) 616-8470
Email: peter.wechsler@usdoj.gov