**BEFORE THE UNITED STATES DISTRICT COURT**
**DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| **Farm-to-Consumer** | : | |
| **Legal Defense Fund, et al.** | : | **Case No. 1:08-cv-01546-RMC** |
| | : | |
| **Plaintiffs** | : | **Judge Rosemary M. Collyer** |
| | : | |
| **v.** | : | |
| | : | |
| **U.S. Department of Agriculture, et al.** | : | |
| | : | |
| **Defendants** | : | |

**PLAINTIFFS' MOTION FOR LEAVE TO FILE FIRST AMENDED**
**COMPLAINT**

Pursuant to Fed. R. Civ. P. 15, Plaintiffs hereby move the Court for leave to file their first amended complaint. In accordance with LCvR 7(i), a copy of the proposed First Amended Complaint is attached hereto as Exhibit A. In accordance with LCvR 7(c), a Proposed Entry and Order is attached hereto as Exhibit B. Concurrence of counsel for both Defendants was sought but denied.

Dated:      January 7, 2009          Respectfully submitted,


/s/ David G. Cox
David G. Cox (D.C. Bar No. OH 0020)
4240 Kendale Road
Columbus, OH 43220
dcoxlaw@columbus.rr.com
Phone: 614-457-5167
Counsel for Plaintiffs

## CERTIFICATE OF SERVICE

I hereby certify that on January 7, 2009, I electronically filed PLAINTIFFS'

MOTION FOR LEAVE TO FILE FIRST AMENDED COMPLAINT with the Clerk of

the Court using the CM/ECF system, which will send notification of such filing to the

following:

Peter T. Wechsler
peter.wechsler@usdoj.gov
Trial Attorney
United States Department of Justice
Civil Division
Federal Programs Branch
20 Massachusetts Avenue, N.W.
Washington, D.C. 20530
Counsel for USDA

and

James E. Riley
rileyje@michigan.gov
First Assistant
Danielle Allison-Yokom
allisonyokomd@michigan.gov
Assistant Attorney General
Michigan Department of Agriculture
Environment, Natural Resources
and Agriculture Division
525 West Ottawa Street
6th Floor Williams Building
Lansing, MI 48913
Counsel for MDA


/s/ David G. Cox
David G. Cox