## BEFORE THE UNITED STATES DISTRICT COURT
## DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| Farm-to-Consumer | : | |
| Legal Defense Fund, et al. | : | Case No. 1:08-cv-01546-RMC |
| | : | |
| Plaintiffs | : | Judge Rosemary M. Collyer |
| | : | |
| v. | : | |
| | : | |
| U.S. Department of Agriculture, et al. | : | |
| | : | |
| Defendants | : | |

### PLAINTIFFS' MOTION FOR LEAVE TO FILE FIRST AMENDED COMPLAINT

Pursuant to Fed. R. Civ. P. 15, Plaintiffs hereby move the Court for leave to file their first amended complaint.  In accordance with LCvR 7(i), a copy of the proposed First Amended Complaint is attached hereto as Exhibit A.  In accordance with LCvR 7(c), a Proposed Entry and Order is attached hereto as Exhibit B.  Concurrence of counsel for both Defendants was sought but denied.

Dated:        January 10, 2009            Respectfully submitted,


                                          /s/ David G. Cox
                                          David G. Cox (D.C. Bar No. OH 0020)
                                          4240 Kendale Road
                                          Columbus, OH 43220
                                          dcoxlaw@columbus.rr.com
                                          Phone: 614-457-5167
                                          Counsel for Plaintiffs

# CERTIFICATE OF SERVICE

I hereby certify that on January 10, 2009, I electronically filed PLAINTIFFS' MOTION FOR LEAVE TO FILE FIRST AMENDED COMPLAINT with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the following:

Peter T. Wechsler
peter.wechsler@usdoj.gov
Trial Attorney
United States Department of Justice
Civil Division
Federal Programs Branch
20 Massachusetts Avenue, N.W.
Washington, D.C. 20530
Counsel for USDA

and

James E. Riley
rileyje@michigan.gov
First Assistant
Danielle Allison-Yokom
allisonyokomd@michigan.gov
Assistant Attorney General
Michigan Department of Agriculture
Environment, Natural Resources
and Agriculture Division
525 West Ottawa Street
6th Floor Williams Building
Lansing, MI 48913
Counsel for MDA

/s/ David G. Cox
David G. Cox