BEFORE THE UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

| | |
|---|---|
| Farm to Consumer Legal Defense Fund, et al.<br><br>       Plaintiffs,<br><br>v<br><br>U.S. Department of Agriculture<br><br>and<br><br>Michigan Department of Agriculture<br>Director Don Koivisto<br><br>       Defendants. | Case No. 1:08-cv-01546-RMC<br>Honorable Rosemary M. Collyer |

### DEFENDANTS' UNOPPOSED MOTION TO ESTABLISH
### A DATE FOR RESPONDING TO FIRST AMENDED COMPLAINT

Defendants move the Court to establish February 19, 2009 as the due date for their responses to Plaintiffs' First Amended Complaint. Plaintiffs have been consulted on this matter and they do not have any objection to the establishment of the date.

      Respectfully submitted,

      Michael A. Cox
      Attorney General

      */s/ James E. Riley*
      James E. Riley (P23992)
      First Assistant
      rileyje@michigan.gov
      */s/ Danielle Allison-Yokom*
      Danielle Allison-Yokom (P70950)
      Assistant Attorney General
      allisonyokomd@michigan.gov
      Attorneys for Defendant Don Koivisto,
      Michigan Department of Agriculture
      Environment, Natural Resources,
      and Agriculture Division
      525 West Ottawa Street
      Lansing, MI 48913
      (517) 373-7540

      */s/ Peter T. Wechsler*
      Peter T. Wechsler
      Trial Attorney – US Department of Justice
      peter.wechsler@usdoj.gov
      Civil Divison – Federal Programs Branch
      20 Massachusetts Avenue, NW
      Washington, DC 20530

Dated: February 3, 2009      Counsel for USDA

## Certificate of Service

I hereby certify that on February 3, 2009, I electronically filed **Defendants' Unopposed Motion to Establish a Date for Responding to First Amended Complaint with attached proposed Entry and Order** with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the following:

David G. Cox
dcoxlaw@columbus.rr.com
4240 Kendale Road
Columbus, OH 43220
Counsel for Plaintiffs

Peter T. Wechsler
Peter.wechsler@usdoj.gov
Trial Attorney
United States Department of Justice
Civil Division
Federal Programs Branch
20 Massachusetts Avenue, N.W.
Washington, DC 20530
Counsel for USDA

/s/ James E. Riley
James E. Riley