# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **FARM-TO-CONSUMER DEFENSE FUND et al.,** ) ) ) ) | |
| **Plaintiffs,** ) ) | No. 08-CV-1546-RMC |
| **v.** ) ) ) | |
| **UNITED STATES DEPARTMENT OF AGRICULTURE and MICHIGAN DEPARTMENT OF AGRICULTURE,** ) ) ) ) | |
| **Defendants.** ) ) | |

## USDA'S MOTION TO DISMISS THE FIRST AMENDED COMPLAINT

Defendant the United States Department of Agriculture (USDA) requests that the Court dismiss all claims in the First Amended Complaint that are directed against the USDA.

Dated: February 5, 2009

Respectfully Submitted:

MICHAEL F. HERTZ
Deputy Assistant Attorney General

JEFFREY A. TAYLOR
United States Attorney

JOHN R. GRIFFITHS
Assistant Branch Director

 /s/ Peter T. Wechsler
PETER T. WECHSLER (MA 550339)
Trial Attorney
United States Department of Justice
Civil Division
Federal Programs Branch
20 Massachusetts Avenue, N.W.
Washington, D.C. 20530
Tel.: (202) 514-2705
Fax: (202) 616-8470
Email: peter.wechsler@usdoj.gov