BEFORE THE UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

| | |
|---|---|
| Farm to Consumer Legal Defense Fund, et al.<br><br>　　　　Plaintiffs,<br><br>v<br><br>U.S. Department of Agriculture<br><br>and<br><br>Michigan Department of Agriculture Director Don Koivisto<br><br>　　　　Defendants. | Case No. 1:08-cv-01546-RMC<br>Honorable Rosemary M. Collyer |

## **MOTION TO DISMISS AND MOTION FOR SUMMARY JUDGMENT**

Defendant Michigan Department of Agriculture Director Don Koivisto requests that the Court dismiss the First Amended Complaint, in its entirety. Concurrence of counsel for Plaintiffs in this Motion was sought but denied.

　　　　　　　　　　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　　Michael A. Cox
　　　　　　　　　　　　　　　　　　　　Attorney General

　　　　　　　　　　　　　　　　　　　　*/s/ James E. Riley*
　　　　　　　　　　　　　　　　　　　　James E. Riley (P23992)
　　　　　　　　　　　　　　　　　　　　First Assistant
　　　　　　　　　　　　　　　　　　　　rileyje@michigan.gov
　　　　　　　　　　　　　　　　　　　　.
　　　　　　　　　　　　　　　　　　　　*/s/ Danielle Allison-Yokom*
　　　　　　　　　　　　　　　　　　　　Danielle Allison-Yokom (P70950)
　　　　　　　　　　　　　　　　　　　　Assistant Attorney General
　　　　　　　　　　　　　　　　　　　　allisonyokomd@michigan.gov

　　　　　　　　　　　　　　　　　　　　Attorneys for Defendant Don Koivisto,
　　　　　　　　　　　　　　　　　　　　Michigan Department of Agriculture

　　　　　　　　　　　　　　　　　　　　Environment, Natural Resources,
　　　　　　　　　　　　　　　　　　　　and Agriculture Division
　　　　　　　　　　　　　　　　　　　　525 West Ottawa Street
　　　　　　　　　　　　　　　　　　　　6th Floor Williams Building
　　　　　　　　　　　　　　　　　　　　Lansing, MI 48913
Dated: February 19, 2009　　　　　　　　(517) 373-7540