# BEFORE THE UNITED STATES DISTRICT COURT
# DISTRICT OF COLUMBIA

| | |
|---|---|
| Farm-to-Consumer : | |
| Legal Defense Fund, et al. : | Case No. 1:08-cv-01546-RMC |
| : | |
| Plaintiffs : | Judge Rosemary M. Collyer |
| : | |
| v. : | |
| : | |
| U.S. Department of Agriculture : | |
| Ed Schafer, Secretary, et al. : | |
| : | |
| Defendants : | |

## PLAINTIFFS' UNOPPOSED MOTION FOR EXTENSION OF TIME

Plaintiffs in this matter move the Court for an extension of time until March 23, 2009 to file an opposition to the Michigan Department of Agriculture's pending Motion to Dismiss the First Amended Complaint. Defendant MDA has been consulted on this matter and it does not have any objection to this extension.

Respectfully submitted,

Dated: February 27, 2009       /s/ David G. Cox
                               David G. Cox (D.C. Bar No. OH 0020)
                               4240 Kendale Road
                               Columbus, OH 43220
                               dcoxlaw@columbus.rr.com
                               Phone: 614-457-5167
                               Counsel for Plaintiffs

# **CERTIFICATE OF SERVICE**

I hereby certify that on February 27, 2009, I electronically filed the PLAINTIFFS' UNOPPOSED MOTION FOR EXTENSION OF TIME with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the following:

Peter T. Wechsler
peter.wechsler@usdoj.gov
Trial Attorney
United States Department of Justice
Civil Division
Federal Programs Branch
20 Massachusetts Avenue, N.W.
Washington, D.C. 20530
Counsel for USDA

and

James E. Riley
rileyje@michigan.gov
First Assistant
Danielle Allison-Yokom
allisonyokomd@michigan.gov
Assistant Attorney General
Michigan Department of Agriculture
Environment, Natural Resources
and Agriculture Division
525 West Ottawa Street
6th Floor Williams Building
Lansing, MI 48913
Counsel for MDA

        /s/ David G. Cox
        David G. Cox

BEFORE THE UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| Farm-to-Consumer Legal Defense Fund, et al. | : | Case No. 1:08-cv-01546-RMC |
| Plaintiffs | : | Judge Rosemary M. Collyer |
| v. | : | |
| U.S. Department of Agriculture Ed Schafer, Secretary, et al. | : | (PROPOSED) ENTRY AND ORDER |
| Defendants | : | |

This matter is before the Court on Plaintiffs' motion for extension of time to file their opposition to Defendant Michigan Department of Agriculture's pending motion to dismiss the First Amended Complaint. Finding the motion for extension is not opposed or objected to, it is hereby **GRANTED**. Plaintiffs shall have until March 23, 2009 to file their opposition.

**SO ORDERED**

_____          _____
**DATE**                                              **JUDGE**