## BEFORE THE UNITED STATES DISTRICT COURT
## DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **Farm-to-Consumer Legal Defense Fund, et al.** | : | Case No. 1:08-cv-01546-RMC |
| **Plaintiffs** | : | Judge Rosemary M. Collyer |
| v. | : | |
| U.S. Department of Agriculture, et al. | : | |
| **Defendants** | : | |

### PLAINTIFFS' MOTION FOR LEAVE TO FILE SUR-REPLY TO MDA'S MOTION TO DISMISS FIRST AMENDED COMPLAINT

Plaintiffs move the Court for leave to file a Sur-Reply to Defendant Michigan Department of Agriculture's Reply to their motion to dismiss Plaintiffs' first amended complaint. This is a motion pursuant to Fed.R.Civ.Proc. 7(b). Concurrence has been sought but not received. The Sur-Reply will be short, will not delay the case, or cause undue burden or prejudice to any of the parties. The Sur-Reply will serve the Court's interest in efficiency and economy pursuant to Fed.R.Civ.Proc. 1. A memorandum in support is attached hereto and incorporated by reference as if rewritten herein.

Dated: April 29, 2009                                    Respectfully submitted,

/s/ David G. Cox
David G. Cox (D.C. Bar No. OH 0020)
4240 Kendale Road
Columbus, OH 43220
dcoxlaw@columbus.rr.com
Phone: 614-457-5167
Counsel for Plaintiffs

# CERTIFICATE OF SERVICE

I hereby certify that on April 29, 2009, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the following:

Peter T. Wechsler
peter.wechsler@usdoj.gov
Trial Attorney
United States Department of Justice
Civil Division
Federal Programs Branch
20 Massachusetts Avenue, N.W.
Washington, D.C. 20530
Counsel for USDA

and

James E. Riley
rileyje@michigan.gov
First Assistant
Danielle Allison-Yokom
allisonyokomd@michigan.gov
Assistant Attorney General
Michigan Department of Agriculture
Environment, Natural Resources
and Agriculture Division
525 West Ottawa Street
6th Floor Williams Building
Lansing, MI 48913
Counsel for MDA

/s/ David G. Cox
David G. Cox