## BEFORE THE UNITED STATES DISTRICT COURT
## DISTRICT OF COLUMBIA

| | |
|---|---|
| **Farm-to-Consumer Legal** : | Case No. 1:08-cv-01546-RMC |
| **Defense Fund, et al.** : | |
| : | |
| **Plaintiffs** : | Judge Rosemary M. Collyer |
| : | |
| **v.** : | |
| : | |
| **U.S. Department of Agriculture, et al.** : | |
| : | |
| **Defendants** : | |

### PLAINTIFFS' MOTION FOR LEAVE TO FILE SUPPLEMENT TO THE ADMINISTRATIVE RECORD

Plaintiffs move the Court for leave to supplement the administrative record that was filed by Defendant United States Department of Agriculture ("USDA") on December 16, 2008. This is a motion pursuant to Fed.R.Civ.Proc. 7(b). Concurrence for this motion was requested but was not received. The motion will serve the Court's interest in efficiency and economy pursuant to Fed.R.Civ.Proc. 1. A memorandum in support is attached hereto and incorporated by reference as if rewritten herein.

Dated: May 2, 2009                                        Respectfully submitted,


                                                          /s/ David G. Cox
                                                          David G. Cox (D.C. Bar No. OH 0020)
                                                          4240 Kendale Road
                                                          Columbus, OH 43220
                                                          dcoxlaw@columbus.rr.com
                                                          Phone: 614-457-5167
                                                          Counsel for Plaintiffs

**CERTIFICATE OF SERVICE**

I hereby certify that on May 2, 2009, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the following:

Peter T. Wechsler
peter.wechsler@usdoj.gov
Trial Attorney
United States Department of Justice
Civil Division
Federal Programs Branch
20 Massachusetts Avenue, N.W.
Washington, D.C. 20530
Counsel for USDA

and

James E. Riley
rileyje@michigan.gov
First Assistant
Danielle Allison-Yokom
allisonyokomd@michigan.gov
Assistant Attorney General
Michigan Department of Agriculture
Environment, Natural Resources
and Agriculture Division
525 West Ottawa Street
6th Floor Williams Building
Lansing, MI 48913
Counsel for MDA

/s/ David G. Cox
David G. Cox