## BEFORE THE UNITED STATES DISTRICT COURT
## DISTRICT OF COLUMBIA

| | |
|---|---|
| **Farm-to-Consumer** : | |
| **Legal Defense Fund, et al.** : | Case No. 1:08-cv-01546-RMC |
| : | |
| **Plaintiffs** : | Judge Rosemary M. Collyer |
| : | |
| **v.** : | |
| : | |
| **U.S. Department of Agriculture** : | |
| **Ed Schafer, Secretary, et al.** : | |
| : | |
| **Defendants** : | |

### PLAINTIFF GREG NIEWENDORP'S MOTION FOR LEAVE TO VOLUNTARILY DISMISS HIS CLAIMS AGAINST MDA WITHOUT PREJUDICE

Pursuant to Fed.R.Civ.Proc. 41(a)(2), Plaintiff Greg Niewendorp hereby moves the Court for leave to dismiss all of his claims against Defendant Michigan Department of Agriculture without prejudice. A memorandum in support is attached hereto and incorporated as if rewritten herein. The stipulation of MDA was sought but not obtained.

May 20, 2009                                  Respectfully submitted,

　　　　　　　　　　　　　　　　　　　/s/ David G. Cox
　　　　　　　　　　　　　　　　　　　David G. Cox (D.C. Bar No. OH 0020)
　　　　　　　　　　　　　　　　　　　4240 Kendale Road
　　　　　　　　　　　　　　　　　　　Columbus, OH 43220
　　　　　　　　　　　　　　　　　　　dcoxlaw@columbus.rr.com
　　　　　　　　　　　　　　　　　　　Phone: 614-457-5167
　　　　　　　　　　　　　　　　　　　Counsel for Plaintiffs

## **CERTIFICATE OF SERVICE**

I hereby certify that on May 20, 2009, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the following:

Peter T. Wechsler
peter.wechsler@usdoj.gov
Trial Attorney
United States Department of Justice
Civil Division
Federal Programs Branch
20 Massachusetts Avenue, N.W.
Washington, D.C. 20530
Counsel for USDA

and

James E. Riley
rileyje@michigan.gov
First Assistant
Danielle Allison-Yokom
allisonyokomd@michigan.gov
Assistant Attorney General
Michigan Department of Agriculture
Environment, Natural Resources
and Agriculture Division
525 West Ottawa Street
6th Floor Williams Building
Lansing, MI 48913
Counsel for MDA

            /s/ David G. Cox
            David G. Cox (D.C. Bar No. OH 0020)