# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| **FARM-TO-CONSUMER DEFENSE FUND et al.,** ) ) ) ) **Plaintiffs,** ) ) **v.** ) ) **UNITED STATES DEPARTMENT OF AGRICULTURE and MICHIGAN DEPARTMENT OF AGRICULTURE,** ) ) ) ) **Defendants.** ) ) | No. 08-CV-1546-RMC |

## USDA'S MOTION TO DISMISS PLAINTIFF GREG NIEWENDORP'S CLAIMS AGAINST THE USDA

Defendant the United States Department of Agriculture (USDA) requests that the Court dismiss the claims of plaintiff Greg Niewendorp against the USDA, because subsequent events have rendered these claims moot.

Dated: May 21, 2009

Respectfully Submitted:

MICHAEL F. HERTZ
Deputy Assistant Attorney General

JEFFREY A. TAYLOR
United States Attorney

JOHN R. GRIFFITHS
Assistant Branch Director

*/s/ Peter T. Wechsler*
PETER T. WECHSLER (MA 550339)
Trial Attorney
United States Department of Justice
Civil Division
Federal Programs Branch
20 Massachusetts Avenue, N.W.
Washington, D.C. 20530
Tel.: (202) 514-2705
Fax: (202) 616-8470
Email: peter.wechsler@usdoj.gov