# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **FARM-TO-CONSUMER DEFENSE FUND et al.,** ) ) ) ) | |
| Plaintiffs, ) ) | No. 08-CV-1546-RMC |
| v. ) ) | |
| **UNITED STATES DEPARTMENT OF AGRICULTURE and MICHIGAN DEPARTMENT OF AGRICULTURE,** ) ) ) ) | |
| Defendants. ) ) | |

## ORDER ON USDA'S MOTION TO DISMISS PLAINTIFF GREG NIEWENDORP'S CLAIMS AGAINST THE USDA

Whereas defendant the United States Department of Agriculture (USDA) moved that the Court dismiss the claims of plaintiff Greg Niewendorp against the USDA, because subsequent events have rendered these claims moot, it is hereby

ORDERED that, pursuant to Federal Rule of Civil Procedure 12(b)(1), Mr. Niewendorp's claims against the USDA are dismissed.

_____
HONORABLE ROSEMARY M. COLLYER
UNITED STATES DISTRICT JUDGE