# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **FARM-TO-CONSUMER DEFENSE FUND et al.,** | ) ) ) ) |
| Plaintiffs, | ) ) ) No. 08-CV-1546-RMC |
| v. | ) ) ) |
| **UNITED STATES DEPARTMENT OF AGRICULTURE and MICHIGAN DEPARTMENT OF AGRICULTURE,** | ) ) ) ) |
| Defendants. | ) ) ) |

## NOTICE OF FILING OF SUPPLEMENTAL ADMINISTRATIVE RECORD

Defendant the United States Department of Agriculture is manually filing the Supplemental Administrative Record, along with a CD version.

Dated: June 15, 2009

Respectfully Submitted:

MICHAEL F. HERTZ
Deputy Assistant Attorney General

CHANNING D. PHILLIPS
Acting United States Attorney

JOHN R. GRIFFITHS
Assistant Branch Director

 */s/ Peter T. Wechsler*
PETER T. WECHSLER (MA 550339)
Trial Attorney
United States Department of Justice
Civil Division
Federal Programs Branch
20 Massachusetts Avenue, N.W.
Washington, D.C. 20530
Tel.: (202) 514-2705
Email: peter.wechsler@usdoj.gov