BEFORE THE UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

Farm-to-Consumer Legal        :        Case No. 1:08-cv-01546-RMC
Defense Fund, et al.          :
                              :
        Plaintiffs            :        Judge Rosemary M. Collyer
                              :
    v.                        :
                              :
U.S. Department of Agriculture, et al.  :
                              :
        Defendants            :

## PLAINTIFFS' NOTICE OF DEFICIENCIES AND OMISSIONS IN SUPPLEMENTAL RECORD

By Minute Order dated May 18, 2009, the Court granted Plaintiffs' motion

for leave to file a supplemental record. Defendant USDA unilaterally filed a

supplemental record on July 15, 2009 without affording Plaintiffs an opportunity

to review it first. After reviewing the supplemental record, Plaintiffs have

discovered it contains several deficiencies and omissions.

For example, USDA did not file several of the documents identified by

Plaintiffs in Exhibit A to their motion for leave to file a supplemental record. In

addition, other documents filed by USDA are not complete, for example, several

two-page press releases have only the first page filed. Other examples also

exist.

Plaintiffs have sent counsel for USDA a letter identifying all of the

deficiencies and omissions and has requested that USDA correct those

deficiencies and omissions. Plaintiffs anticipate resolving this issue without

resorting to the Court. However, Plaintiffs reserve their right to raise this issue

with the Court in the event the parties cannot resolve this issue.

Dockets.Justia.com

Respectfully submitted,

Dated: June 26, 2009

/s/ David G. Cox
David G. Cox (D.C. Bar No. OH 0020)
4240 Kendale Road
Columbus, OH 43220
dcoxlaw@columbus.rr.com
Phone: 614-457-5167
Counsel for Plaintiffs

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on June 26, 2009, I electronically filed the forgoing

with the Clerk of the Court using the CM/ECF system, which will send notification

of such filing to the following:

Peter T. Wechsler
peter.wechsler@usdoj.gov
Trial Attorney
United States Department of Justice
Civil Division
Federal Programs Branch
20 Massachusetts Avenue, N.W.
Washington, D.C. 20530
Counsel for USDA

and

James E. Riley
rileyje@michigan.gov
First Assistant
Danielle Allison-Yokom
allisonyokomd@michigan.gov
Assistant Attorney General
Michigan Department of Agriculture
Environment, Natural Resources
and Agriculture Division
525 West Ottawa Street
6th Floor Williams Building
Lansing, MI 48913
Counsel for MDA

/s/ David G. Cox
David G. Cox