# BEFORE THE UNITED STATES DISTRICT COURT
# DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **Farm-to-Consumer Legal** | : | Case No. 1:08-cv-01546-RMC |
| **Defense Fund, et al.** | : | |
| | : | |
| Plaintiffs | : | Judge Rosemary M. Collyer |
| | : | |
| v. | : | |
| | : | |
| **U.S. Department of Agriculture, et al.** | : | |
| | : | |
| Defendants | : | |

## PLAINTIFFS' NOTICE OF FILING SUPPLEMENT TO THE ADMINISTRATIVE RECORD

Plaintiffs are manually filing the Supplemental Administrative Record, along with an Index and a CD version. Copies of the Supplemental Administrative Record are being provided to Defendants United States Department of Agriculture and Michigan Department of Agriculture.

Dated: July 9, 2009                                   Respectfully submitted,

                                        /s/ David G. Cox
                                        David G. Cox (D.C. Bar No. OH 0020)
                                        4240 Kendale Road
                                        Columbus, OH 43220
                                        dcoxlaw@columbus.rr.com
                                        Phone: 614-457-5167
                                        Counsel for Plaintiffs

## **CERTIFICATE OF SERVICE**

I hereby certify that on July 9, 2009, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the following:

Peter T. Wechsler
peter.wechsler@usdoj.gov
Trial Attorney
United States Department of Justice
Civil Division
Federal Programs Branch
20 Massachusetts Avenue, N.W.
Washington, D.C. 20530
Counsel for USDA

and

James E. Riley
rileyje@michigan.gov
First Assistant
Danielle Allison-Yokom
allisonyokomd@michigan.gov
Assistant Attorney General
Michigan Department of Agriculture
Environment, Natural Resources
and Agriculture Division
525 West Ottawa Street
6th Floor Williams Building
Lansing, MI 48913
Counsel for MDA

                                              /s/ David G. Cox
                                              David G. Cox