UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| **FARM-TO-CONSUMER LEGAL DEFENSE FUND,** *et al.*, | ) ) ) ) | |
| Plaintiffs, | ) ) ) | |
| v. | ) ) | Civil Action No. 08-1546 (RMC) |
| **TOM VILSACK, Secretary, U.S. DEPARTMENT OF AGRICULTURE,**[1] *et al.*, | ) ) ) ) ) | |
| Defendants. | ) ) | |

**ORDER**

For the reasons stated in the Memorandum Opinion filed separately and contemporaneously herewith, it is hereby

**ORDERED** that the United States Department of Agriculture's Motion to Dismiss the First Amended Complaint [Dkt. # 29] is **GRANTED;** and it is

**FURTHER ORDERED** that the Michigan Department of Agriculture's Motion for Summary Judgement [Dkt. # 31] is **GRANTED**; and it is

**FURTHER ORDERED** that the First Amended Complaint is **DISMISSED** in its entirety; and it is

**FURTHER ORDERED** that the United States Department of Agriculture's Motion to Dismiss Plaintiff Greg Niewendorp's Claims as Moot [Dkt. # 50] is **GRANTED**; and it is

---

[1] Pursuant to Federal Rule of Civil Procedure 25(d), Tom Vilsack is substituted as Secretary for his predecessor, Ed Schafer, Secretary of the U.S. Department of Agriculture.

**FURTHER ORDERED** that all other pending motions [Dkt. ## 3 & 49] are **DENIED AS MOOT**.

This case is closed. This is a final appealable order. *See* Fed. R. App. P. 4(a).

**SO ORDERED**.


DATE: July 23, 2009
/s/
ROSEMARY M. COLLYER
United States District Judge

.